# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number: 13-32344 GMB

Debtor: Elizabeth Bobulski

| Check Number | Creditor | Amount |
|---|---|---|
| 1858003 | JPMorgan Chase Bank, N.A. | 1626.65 |

*/s/ Isabel C. Balboa*

Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  September 10, 2014